Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT

for the

WEStern District of California

Central Division

2023 MAR 20 PM 3:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____EEE____

)
)
)
Nathan Cooley )
)
**Plaintiff(s)** )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
)
-v- )
)
County of Los Angeles )
)
ECL Nine LP/Lockhart Group )
LLC )
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

Case No. LACV23-02075-MCS-PD

*(to be filled in by the Clerk's Office)*

JURY TRIAL REQUESTED [YES]

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Nathan Cooley |
| Street Address | 2502 Theresa St |
| City and County | Inglewad, Los Angeles |
| State and Zip Code | California  90303 |
| Telephone Number | 404 260 7685 |
| E-mail Address | nate2499@yahoo.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                                ECL Nine LP

Job or Title *(if known)*

Street Address                      4971 Maymount Drive

City and County                     Los Angeles, Los Angeles

State and Zip Code                  California, 90043

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                Lockhart Group LLC

Job or Title *(if known)*           ~~4971 Maymount Drive~~

Street Address                      4971 Maymount Drive

City and County                     Los Angeles, Los Angeles

State and Zip Code                  California, 96043

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                                County of Los Angeles

Job or Title *(if known)*

Street Address                      500 W Temple St Rm 713

City and County                     Los Angeles, Los Angeles

State and Zip Code                  California, 90012

Telephone Number                    213-974-3512

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question                          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fraud, defamation, civil rights violation

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*     Nathan Cooley     , is a citizen of the State of *(name)*     California     .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.      If the defendant is a corporation

The defendant, *(name)* _ECLMINE LP_ , is incorporated under

the laws of the State of *(name)* _California_ , and has its

principal place of business in the State of *(name)* _California_

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _Los Angeles_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy _5,000,000.00_

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_Lost of Earning_
_Slander_
_Emotional distress_

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

_Los Angeles County. Santa Monica Courthouse._

B.      What date and approximate time did the events giving rise to your claim(s) occur?

_2016 to 2023 + 3/2023_

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant defrand the courts in an eviction by never the true party to the lease Agreement and claimed that Nathan Cooley was A DBA nAmED WIGlEy INDustry and in a lawsud which Nathan Cooler has never done business with the defendant.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The emotional distress and denial of civil Rights

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

5,000,000,00 and an injunction in the state Case # _____ where judgement is against the wrong pArty in the lease agreement.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3/15/23

Signature of Plaintiff

Printed Name of Plaintiff        Nathan Cooley

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address